**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

   **V.**

                                  **CASE NO.  3:91-cr-211-J-10HTS**

**FREDERICK F. BULLARD**
_____/

**ORDER REGARDING SENTENCE REDUCTION**
**PURSUANT TO 18 U.S.C § 3582(C)(2)**

Upon Motion of this Court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered the <u>United States' Response to Order Pursuant to 18 U.S.C. § 3582(c)(2)</u> (Dkt #156) and the <u>Supplemental Memorandum by the Defendant Frederick Bullard</u> (Dkt #170), it is therefore

**ORDERED** that since the Defendant was sentenced as a career offender, the defendant's sentence is not subject to further reduction pursuant to the retroactive application of the amendments to U.S.S.G. § 1B1.10.  See *United States v. Moore* (__ F.3d __, 2008 WL 4093400 (11th Cir 2008) and *United States v Thomas*, 524 F.3d 889 (8th Cir 2008).

**DONE and ORDERED** at Jacksonville, Florida this 30th day of September, 2008.

                                                     */s/ John H. Moore II*
                                                     JOHN H. MOORE II
                                                     United States District Judge

Copies to:      Defense Attorney - Strongwater                 United Stated Marshal's Service
                    United States Attorney - Savell                  Bureau of Prisons
                    United States Probation                            Defendant