UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

V.

**FREDERICK F. BULLARD**
_____/

CASE NO. 3:91-cr-211-J-10HTS

**O R D E R**

Before ths Court is Defendant's Motion for Reconsideration (Doc. #172 ). After due consideration, this Motion will be **DENIED**.

At the time of the original sentencing, this Court adopted the original presentence report, which categorized the Defendant as a career offender. Upon appeal in 1995, the 11th Circuit Court of Appeals affirmed the ruling without opinion. . While in its appellate brief, the government stated that the career offender label was inappropriately applied, it is the law of this case that the Defendant is a career offender. Therefore, it is

**ORDERED** that Defendant's Motion for Reconsideration is **DENIED**.

**DONE and ORDERED** at Jacksonville, Florida this __23rd__ day of July, 2009.

Copies to:  Defense Attorney - Strongwater
United States Attorney - Savell
Defendant

JOHN H. MOORE II
United States District Judge